**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-7835**

—————————

KEVIN M. BALLANCE,

Plaintiff - Appellant,

versus

PAGE TRUE, Warden, S1SP; GENE JOHNSON,
Assistant Director; SERGEANT BYRD, Property
Sergeant; INVESTIGATOR SMITH,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-03-1263-AM)

—————————

Submitted:  February 12, 2004          Decided:  February 23, 2004

—————————

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Kevin M. Ballance, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin M. Ballance appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Ballance v. True, No. CA-03-1263-AM (E.D. Va. Oct. 17. 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED